**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**UNITED STATES OF AMERICA**

V.                                                                      **3:13-cr-00044-MPS-4**

**JAMES BROWN**

## FINDING AND RECOMMENDATION ON A PLEA OF GUILTY

Following referral of the captioned matter to me by **JUDGE MICHAEL P. SHEA,** with the written consent of the defendant, counsel for the defendant and counsel for the United States, and following a hearing held on August 19, 2014 in open court and on the record, I, based upon the answers given by the defendant under oath and in the presence of counsel and the remarks of counsel,

(1) FIND that the defendant is competent to plead; that defendant understands the charges against him; that he knows he has the right to be represented by counsel at trial and at every other stage of the proceeding; that he knows his rights to trial and appeal, including the right to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, including the right to compel the attendance of witnesses; that he knows the maximum possible sentence and term of supervised release and the applicable mandatory minimum, that he knows that the court is obligated to consider the applicable sentencing guidelines range, possible departures under the sentencing guidelines, and other sentencing factors under applicable sentencing law; that there is a factual basis for the defendant's plea, and this defendant's waiver of rights and plea of guilty have been knowingly and voluntarily made and not coerced; and

(2) RECOMMEND that the defendant's plea of guilty be accepted.

SO ORDERED at Hartford, Connecticut, this 16th   day of September, 2014.

/s/ Thomas P. Smith
THOMAS P. SMITH
UNITED STATES MAGISTRATE JUDGE